IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01361-LTB-KLM

JUSTIN THOMAS FLEURY,

    Plaintiff,

v.

MR. COLLINS,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -3 2010

GREGORY C. LANGHAM
                CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis* [Docket No. 6]. Accordingly,

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Collins. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint, Summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant Collins. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant Collins or his counsel shall respond to the Amended Complaint [Docket No. 22] as provided for in the Federal Rules of Civil Procedure after service of process on him.

DATED: December 3, 2010 at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/ Kristen L. Mix
                                                  Kristen L. Mix
                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01361-LTB-KLM

Justin Thomas Fleury
Prisoner No. 141282
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Mr. Collins

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Mr. Collins: AMENDED COMPLAINT FILED 11/02/10, ORDER FILED 11/24/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/3/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk