**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01361-LTB-KLM

JUSTIN THOMAS FLEURY,

  Plaintiff,

v.

MR. COLLINS,

  Defendant.

---

**ORDER**

---

  This case is before me on the recommendation of the Magistrate Judge issued and served on April 14, 2011 (Doc 54). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

  ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 36) is GRANTED and this action is DISMISSED WITH PREJUDICE.

             BY THE COURT:

               s/Lewis T. Babcock
             Lewis T. Babcock, Judge

DATED: May 5, 2011